UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

Civil Action No. 16-50-HRW

MICHAEL PADGETT,                                                    PLAINTIFF,

v.                                    ORDER

OFFICER NATHAN GOFF, *et al.*,                                    DEFENDANTS.

This matter is before the Court upon Defendants' Motion for Summary Judgment [Docket No. 23]. The motion was referred to United States Magistrate J. Gregory Wehrman for Report and Recommendation.

On July 24, 2017, Magistrate Judge Wehrman entered his Report and Recommendation wherein he found that Defendants are entitled to summary judgment [Docket No. 31]. Plaintiff has not file objections to the Magistrate Judge's Report and Recommendation, and the time for doing so has passed.

Accordingly, **IT IS HEREBY ORDERED**:

(1) that the Magistrate Judge's Report and Recommendation [Docket No. 31] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion; and

(2) Defendants' Motion for Summary Judgment [Docket No. 23] be **SUSTAINED**.

This 14th day of August, 2017.



Signed By:
*Henry R. Wilholt, Jr.*
United States District Judge